## BREWER *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 62, September Term, 1963.]

*Decided July 28, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

Per Curiam.

For the reasons assigned by the lower court, this application for leave to appeal is denied.